THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Framon D. Frasier, Appellant.
 
 
 

Appeal from Charleston County
Roger M. Young, Circuit Court Judge

Unpublished Opinion No. 2007-UP-041
Submitted January 2, 2007  Filed January 24, 2007

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Framon Frasier appeals his guilty and no contest pleas to several charges.  He maintains his guilty plea failed to conform with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969), because the trial court failed to adequately inform him of the constitutional rights he waived by entering a guilty plea.  Pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), and after a thorough review of the record, counsels brief, and Frasiers pro se brief, we dismiss[1] Frasiers appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J., and KITTREDGE and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.